UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
SIMENTAL, MANUEL C.                       §      Case No. 11-04553
                                          §
              Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_, and now requests reimbursement for expenses of $\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Roy Safanda_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

Case No: 11-04553 MB Judge: Manuel Barbosa
Case Name: SIMENTAL, MANUEL C.

For Period Ending: 07/14/11

Trustee Name: Roy Safanda
Date Filed (f) or Converted (c): 02/07/11 (f)
341(a) Meeting Date: 03/28/11
Claims Bar Date: 06/29/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1247 Navajo Dr. Carpentersville, IL | 119,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Harris checking account (one-half interest - held | 400.00 | 0.00 | | 0.00 | 0.00 |
| 3. Harris checking account | 9.00 | 0.00 | | 0.00 | 0.00 |
| 4. Ordinary household goods and furnishings (one-half | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. Harris Bank IRA | 20,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. 1991 Ford Ranger Super Cab Custom | 3,345.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2001 GMC Yukon Sport Utility 4D | 8,415.00 | 8,049.00 | | 6,500.00 | FA |
| 9. 2005 Dodge Ram pick-up truck | 9,310.00 | 0.00 | | 0.00 | 0.00 |
| 10. Enclosed 6 x 10 work trailer | 1,800.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.27 | Unknown |

TOTALS (Excluding Unknown Values) $164,279.00 $8,049.00 $6,501.27

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /   Current Projected Date of Final Report (TFR): / /

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-04553 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | SIMENTAL, MANUEL C. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7390  Money Market Account |
| Taxpayer ID No: | *******8025 | | | |
| For Period Ending: | 07/14/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.43 | | 0.43 |
| 04/13/11 | 8 | MANUEL C. SIMENTAL | Sale of 2001 GMC Yokon | 1129-000 | 6,500.00 | | 6,500.43 |
| | | 1247 NAVAJO DR. | | | | | |
| | | CARPENTERSVILLE, IL  60110 | | | | | |
| 05/31/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 0.68 | | 6,501.11 |
| 07/12/11 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 6,501.27 |
| 07/12/11 | | Transfer to Acct #*******7439 | Bank Funds Transfer | 9999-000 | | 6,501.27 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,501.27 | 6,501.27 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,501.27 | |
| Subtotal | 6,501.27 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,501.27 | 0.00 | |

Page Subtotals   6,501.27   6,501.27

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

LFORM24

Ver: 16.02b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-04553 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SIMENTAL, MANUEL C. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7439  Checking Account |
| Taxpayer ID No: | *******8025 | | |
| For Period Ending: | 07/14/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/11 | | Transfer from Acct #*******7390 | Bank Funds Transfer | 9999-000 | 6,501.27 | | 6,501.27 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,501.27 | 0.00 | 6,501.27 |
| Less:  Bank Transfers/CD's | 6,501.27 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******7390 | 6,501.27 | 0.00 | 0.00 |
| Checking Account - *******7439 | 0.00 | 0.00 | 6,501.27 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,501.27 | 0.00 | 6,501.27 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      6,501.27      0.00

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

Ver: 16.02b

LFORM24

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 11-04553 | | Page 1 | | | Date: July 14, 2011 |
| Debtor Name: | SIMENTAL, MANUEL C. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Roy Safanda | Administrative | | $281.25 | $0.00 | $281.25 |
| 000001 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $19,551.90 | $0.00 | $19,551.90 |
| 000002 070 7100-00 | Citibank South Dakota NA DBA 4740 121st St Urbandale, IA 50323 | Unsecured | | $14,009.49 | $0.00 | $14,009.49 |
| 000003 070 7100-00 | Citibank South Dakota NA DBA 4740 121st St Urbandale, IA 50323 | Unsecured | | $4,504.34 | $0.00 | $4,504.34 |
| | Case Totals: | | | $38,346.98 | $0.00 | $38,346.98 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-04553
Case Name: SIMENTAL, MANUEL C.
Trustee Name: Roy Safanda

  Balance on hand  $

 Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda | $ | $ | $ |

 Total to be paid for chapter 7 administrative expenses $_____
 Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $   must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000002 | Citibank South Dakota NA DBA 4740 121st St Urbandale, IA 50323 | $ | $ | $ |
| 000003 | Citibank South Dakota NA DBA 4740 121st St Urbandale, IA 50323 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE