## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SIMENTAL, MANUEL C. | § | Case No. 11-04553 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/15/2011 in Courtroom 250,

US Courthouse
100 S. 3rd St.
Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2011            By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                         §
                                               §
SIMENTAL, MANUEL C.                            §        Case No. 11-04553
                                               §
            Debtor(s)                          §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                          $        6,501.27

and approved disbursements of                               $            0.00

leaving a balance on hand of[1]                             $        6,501.27


Claims of secured creditors will be paid as follows:


NONE


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 1,400.13 | $ 0.00 | $ 1,400.13 |
| Attorney for Trustee Fees: Roy Safanda | $ 281.25 | $ 0.00 | $ 281.25 |

Total to be paid for chapter 7 administrative expenses        $        1,681.38

Remaining Balance                                             $        4,819.89


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,065.73  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 19,551.90 | $ 0.00 | $ 2,475.67 |
| 000002 | Citibank South Dakota NA | $ 14,009.49 | $ 0.00 | $ 1,773.88 |
| 000003 | Citibank South Dakota NA | $ 4,504.34 | $ 0.00 | $ 570.34 |

Total to be paid to timely general unsecured creditors  $ 4,819.89

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda_____

Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-04553-MB
Manuel C. Simental                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: driddick          Page 1 of 1          Date Rcvd: Aug 15, 2011
                              Form ID: pdf006         Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2011.
```
db           +Manuel C. Simental,   1247 Navajo Dr.,   Carpentersville, IL 60110-1307
aty          +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty          +Dennise L McCann,   Anderson & Associates PC,   400 S County Farm Road Ste 120,
               Wheaton, IL 60187-4547
aty          +Roy Safanda, Esq,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
16779293     +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
17180814      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16779294     +Citibank,   701 E. 60th St. N.,   Sioux Falls, SD 57104-0493
17416343     +Citibank South Dakota NA,   DBA,   4740 121st St,   Urbandale, IA 50323-2402
17623451     +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
16779295     +Citibank/Sears,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
16779296     +Claudia Simental,   1247 Navajo Dr.,   Carpentersville, IL 60110-1307
16779297     +Fifth Third Bank,   5050 Kingsley Dr.,   MD#1MOC2N,   Cincinnati, OH 45227-1115
16779303     +HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
16779304     +HSBC Best Buy,   P.O. Box 5253,   Carol Stream, IL 60197-5253
16779298     +Harris & Harris, Ltd.,   222 Merchandise Mart Plaza,   Suite 1900,   Chicago, IL 60654-1421
16779299      Harris NA,   P.O. Box 5043,   Rolling Meadows, IL 60008-5043
16779300      Harris T&S,   P.O. Box 755,   Chicago, IL 60690-0755
16779301      Home Depot,   P.O. Box 689147,   Des Moines, IA 50368-9147
16779302      Home Depot Credit Services,   P.O. Box 653000,   Dallas, TX 75265-3000
16779305      I.C. System, Inc.,   444 Highway 96 East,   P.O. Box 64887,   Saint Paul, MN 55164-0887
16779306      MRI Lincoln Imaging Center,   P.O. Box 2957,   Carol Stream, IL 60132-0001
16779307     +Sherman Hospital,   1425 North Randall Rd.,   Elgin, IL 60123-2300
16779308      The Home Depot/CBSD,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +E-mail/Text: plegal@xnet.com Aug 16 2011 01:22:17     Roy Safanda,   Safanda Law Firm,
               111 East Side Drive,   Geneva, IL 60134-2402
16779292      E-mail/PDF: recoverybankruptcy@afninet.com Aug 16 2011 01:35:52     Afni, Inc.,   404 Brock Dr.,
               P.O. Box3427,   Bloomington, IL 61702-3427
                                                                                  TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Aug 17, 2011**              **Signature:** _Joseph Speetjens_