UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                   §
                                         §
SIMENTAL, MANUEL C.                      §      Case No. 11-04553
                                         §
                                         §
        Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

       Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

       3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter      on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fifth Third Bank 5050 Kingsley Dr. MD#1MOC2N Cincinnati, OH 45263 |  |  |  |  |  |
|  | Harris NA P.O. Box 5043 Rolling Meadows, IL 60008-5043 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris T&S P.O. Box 755 Chicago, IL 60690-0755 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA, TRUSTEE | | | | | |
| ROY SAFANDA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni, Inc. 404 Brock Dr. P.O. Box3427 Bloomington, IL 61702-3427 | | | | | |
| | Citibank/Sears P.O. Box 6241 Sioux Falls, SD 57117 | | | | | |
| | HSBC Bank P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC Best Buy P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Home Depot Credit Services P.O. Box 653000 Dallas, TX 75265-3000 | | | | | |
| | Home Depot P.O. Box 689147 Des Moines, IA 50368-9147 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I.C. System, Inc. 444 Highway 96 East P.O. Box 64887 Saint Paul, MN 55164-0887 | | | | | |
| | MRI Lincoln Imaging Center P.O. Box 2957 Carol Stream, IL 60132-0001 | | | | | |
| | Sherman Hospital 1425 North Randall Rd. Elgin, IL 60123 | | | | | |
| | The Home Depot/CBSD P.O. Box 6497 Sioux Falls, SD 57117-6497 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CITIBANK SOUTH DAKOTA NA | | | | | |
| 000003 | CITIBANK SOUTH DAKOTA NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-04553 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | SIMENTAL, MANUEL C. | | | Date Filed (f) or Converted (c): | 02/07/11 (f) |
| | | | | 341(a) Meeting Date: | 03/28/11 |
| For Period Ending: | 10/06/11 | | | Claims Bar Date: | 06/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1247 Navajo Dr. Carpentersville, IL | 119,000.00 | 0.00 | | 0.00 | FA |
| 2. Harris checking account (one-half interest - held | 400.00 | 0.00 | | 0.00 | 0.00 |
| 3. Harris checking account | 9.00 | 0.00 | | 0.00 | FA |
| 4. Ordinary household goods and furnishings (one-half | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Harris Bank IRA | 20,000.00 | 0.00 | | 0.00 | FA |
| 7. 1991 Ford Ranger Super Cab Custom | 3,345.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2001 GMC Yukon Sport Utility 4D | 8,415.00 | 8,049.00 | | 6,500.00 | FA |
| 9. 2005 Dodge Ram pick-up truck | 9,310.00 | 0.00 | | 0.00 | 0.00 |
| 10. Enclosed 6 x 10 work trailer | 1,800.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.27 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $164,279.00 | $8,049.00 | | $6,501.27 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/07/11      Current Projected Date of Final Report (TFR): 02/07/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-04553 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | SIMENTAL, MANUEL C. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7390 Money Market Account |
| Taxpayer ID No: | *******8025 | | | |
| For Period Ending: | 10/06/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.43 | | 0.43 |
| 04/13/11 | 8 | MANUEL C. SIMENTAL | Sale of 2001 GMC Yokon | 1129-000 | 6,500.00 | | 6,500.43 |
| | | 1247 NAVAJO DR. | | | | | |
| | | CARPENTERSVILLE, IL 60110 | | | | | |
| 05/31/11 | INT | Capital One | Interest Rate 0.000 | 1270-000 | 0.68 | | 6,501.11 |
| 07/12/11 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 6,501.27 |
| 07/12/11 | | Transfer to Acct #*******7439 | Bank Funds Transfer | 9999-000 | | 6,501.27 | 0.00 |

| | | COLUMN TOTALS | 6,501.27 | 6,501.27 | 0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 0.00 | 6,501.27 | |
| | | Subtotal | 6,501.27 | 0.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 6,501.27 | 0.00 | |

Page Subtotals 6,501.27 6,501.27

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-04553 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | SIMENTAL, MANUEL C. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7439  Checking Account |
| Taxpayer ID No: | *******8025 | | | |
| For Period Ending: | 10/06/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/11 | | Transfer from Acct #*******7390 | Bank Funds Transfer | 9999-000 | 6,501.27 | | 6,501.27 |
| 09/16/11 | 001001 | Roy Safanda, Trustee<br>Safanda Law Firm<br>111 East Side Drive<br>Geneva, IL  60134 | | 2100-000 | | 1,400.13 | 5,101.14 |
| 09/16/11 | 001002 | Roy Safanda<br>Attorney for Trustee<br>Safanda Law Firm<br>111 East Side Drive<br>Geneva, IL  60134 | | 3110-000 | | 281.25 | 4,819.89 |
| 09/16/11 | 001003 | Chase Bank USA, NA<br>POB 15145<br>Wilmington, DE  19850-5145 | | 7100-000 | | 2,475.67 | 2,344.22 |
| 09/16/11 | 001004 | Citibank South Dakota NA<br>DBA<br>4740 121st St.<br>Urbandale, IA  50323 | | 7100-000 | | 1,773.88 | 570.34 |
| 09/16/11 | 001005 | Citibank South Dakota NA<br>DBA<br>4740 121st St.<br>Urbandale, IA  50323 | | 7100-000 | | 570.34 | 0.00 |
| | | | | Page Subtotals | 6,501.27 | 6,501.27 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-04553 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | SIMENTAL, MANUEL C. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7439 Checking Account |
| Taxpayer ID No: | *******8025 | | | |
| For Period Ending: | 10/06/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,501.27 | 6,501.27 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,501.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,501.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,501.27 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********7390 | 6,501.27 | 0.00 | 0.00 |
| Checking Account - ********7439 | 0.00 | 6,501.27 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,501.27 | 6,501.27 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*